United States District Court
Central District of California
United States Courthouse
Los Angeles, California 90012
(213) 894-5766
May 14, 2010

Chambers of
George H. King
United States District Judge

Mr. George D. Reynolds, Staff Counsel
Committee on Financial Disclosure
Administrative Office of the
 United States Courts
One Columbus Circle, N.E.
Washington, D.C.   20544

Dear Mr. Reynolds:

In the process of preparing my Financial Disclosures for calendar year 2009, I discovered that some minor errors were made on my disclosure form for calendar year 2008.  I am filing an amended form for calendar year 2008 to reflect those corrections.  To assist the committee in readily identifying those changes, I have summarized them below:

1.  On Item 37 (Currencyshares Australia Dlr); 40 (Currencyshares Japanese Yen); 41 (Currencyshares Swiss Francs); 61 (Ishares Compex Gold Trust); 97 (Powershares DB US Dlr Index, etc.); and 125 (Swedish Expt CR Corp, etc.) the word "part" should be removed from before the word "sold" because those were total, not partial, sales.  Thus, these items do not appear on my form for calendar year 2009.

2.  Item 65 (Ishares Inc. MSCI Hong Kong FD) has been amended to reflect that it was sold on May 27, 2008.  Thus I now include its accompanying value code at sale with no gain.  Again, due to this sale, this item does not appear on my form for calendar year 2009.

3.  Two items were purchased in calendar year 2008, and were inadvertently omitted from the form for that calendar year that are now included in the amended form for 2008:

        a) New Item #149 - Yurun Food; and
        b) New Item #150 - Zhejiang Expressway

I regret these errors, and hope they do not unduly inconvenience you and/or the committee.

King, George H.

AMENDED - DATED: 5/14/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

AO 10
Rev. 1/2009

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, George H. | United States District Court | May 12, 2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active – United States District Judge | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01\|01\|2008 to 12\|31\|2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Roybal Fed. Bldg., Suite 660 255 E. Temple Street Los Angeles, CA 90012 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2010 MAY 25 A 9: 54
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| FINANCIAL DISCLOSURE REPORT<br>Page 2 of 24 | Name of Person Reporting<br><br>George H. King | Date of Report<br><br>May 12, 2009 |
| --- | --- | --- |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 24 | George H. King | May 12, 2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. In Trust # 1 Financial Credit Union-FCU | A | Div./Int. | J | T | | | | | |
| 2. (In Trust #1) Real Estate Prescott, AZ | D | Rent | N | S | | | | | |
| 3. Transamerica Life Ins. Co. Acct (X) | A | Int. | J | T | | | | | |
| 4. Wells Fargo Money MKT. | A | Int. | J | T | | | | | |
| 5. Adventrx Pharmaceuticals Inc. | | None | J | T | | | | | |
| 6. Aegean Marine Petroleum Network Inc. | A | Div. | | | Buy | 2-15-08 | J | | |
| | | | | | Sold | 2-26-08 | J | A | |
| 7. Agria Corp. | | None | | | Buy | 3-24-08 | J | | |
| | | | | | Sold | 4-3-08 | J | B | |
| 8. Ajiseu Ramen | | None | J | T | Buy | 11-24-08 | J | | |
| 9. Altria Group, Inc. (See: Philip Morris) | | | | | | | | | |
| 10. Ambac Finl Group Inc. | | None | | | Buy | 1-10-08 | K | | |
| | | | | | Sold | 1-10-08 | K | A | |
| 11. AMR Corp Del | | None | | | Buy | 5-7-08 | J | | |
| | | | | | Sold | 5-27-08 | J | | |
| 12. Anhui Expressway | | None | J | T | Buy | 10-7-08 | J | | |
| | | | | | | 10-28-08 | J | | |
| 13. Apache Corp | A | Div. | | | Buy | 10-8-08 | J | | |
| | | | | | Sold | 11-7-08 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

**AMENDED FINANCIAL DISCLOSURE REPORT**
**Amended-Dated: 05/14/2010    Page 5 of 24**

Name of Person Reporting
George H. King

Date of Report
May 12, 2009

## VII.   INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 14.  Applied Energetics | None | | J | T | | | | | |
| 15.  Asian Environment Holdings Ltd. | None | | J | T | Buy | 9-22-08 | J | | |
| 16.  Bangkok Bank Public Co Ltd | None | | J | T | Buy | 11-28-08 | J | | |
| 17.  Bangkok Dusit Medical Services Co Ltd | None | | J | T | Buy | 11-28-08 | J | | |
| 18.  Barclays BK PLC Ipath ETN LKD NT LKD (Agri) | None | | | | Buy | 1-15-08 | K | | |
| | | | | | | 1-23-08 | J | | |
| | | | | | | 1-29-08 | K | | |
| | | | | | Sold | 3-25-08 | K | A | |
| 19.  Barclays BK PLC (India) | None | | | | Buy | 4-8-08 | K | | |
| | | | | | Sold | 5-23-08 | K | A | |
| 20.  Barclays BK PLC (Metals) | None | | | | Buy | 4-14-08 | J | | |
| | | | | | Sold | 5-27-08 | J | | |
| 21.  Barclays BK PLC (Natural Gas) | None | | | | Buy | 1-17-08 | K | | |
| | | | | | | 1-23-08 | J | | |
| | | | | | | 1-25-08 | K | | |
| | | | | | | 1-28-08 | K | | |
| | | | | | | 2-1-08 | J | | |
| | | | | | Sold | 3-25-08 | L | D | |
| | | | | | | 4-3-08 | L | D | |
| 22.  Beijing Capitol Airport | None | | J | T | Buy | 9-15-08 | J | | |
| | | | | | | 10-7-08 | J | | |
| 23.  BHP Billiton Ltd. | None | | J | T | Buy | 9-16-08 | J | | |
| 24.  Chaoda Modern | None | | J | T | Buy | 10-16-08 | J | | |
| | | | | | | 11-26-08 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 25. China Construction Bank | | None | J | T | Buy | 11-20-08 | J | | |
| 26. China East Airlines Ltd. | | None | | | Buy | 2-7-08 | J | | |
| | | | | | | 2-15-08 | J | | |
| | | | | | Sold | 3-11-08 | J | | |
| 27. China Foods Ltd. | A | Div. | J | T | Buy | 10-17-08 | J | | |
| | | | | | | 11-24-08 | J | | |
| 28. China Life Ins. Co. Ltd. | | None | | | Buy | 2-11-08 | J | | |
| | | | | | | 2-15-08 | J | | |
| | | | | | | 4-4-08 | K | | |
| | | | | | Sold | 3-3-08 | K | B | |
| | | | | | | 4-22-08 | K | A | |
| 29. China Lyurun Food | | None | J | T | Buy | 11-20-08 | J | | |
| 30. China Overseas Land & Investment Ltd. | | None | J | T | Buy | 11-20-08 | J | | |
| 31. China Petroleum & Chem Corp. | | None | | | Buy | 4-4-08 | K | | |
| | | | | | Sold | 4-22-08 | K | A | |
| 32. China Water Affairs Group | | None | J | T | Buy | 11-25-08 | J | | |
| 33. CitiGroup Inc | | None | | | Buy | 1-7-08 | J | | |
| | | | | | | 1-9-08 | K | | |
| | | | | | Sold | 1-7-08 | J | A | |
| | | | | | | 1-11-08 | K | B | |
| 34. CLV8 (Crude Oil Oct. 2008 futures) | | None | | | Buy | 9-15-08 | L | | |
| | | | | | Sold | 9-15-08 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period period | | C. Gross value at end of reporting period period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Companhia Vale Do Rio Doce Spons ADR | A | Div. | J | T | Buy | 1-9-08 | K | | |
| | | | | | | 2-6-08 | K | | |
| | | | | | | 8-14-08 | K | | |
| | | | | | | 9-26-08 | J | | |
| | | | | | | 10-20-08 | J | | |
| | | | | | Part Sold | 1-11-08 | K | A | |
| | | | | | | 2-26-08 | K | B | |
| | | | | | | 3-5-08 | J | A | |
| | | | | | | 11-7-08 | J | | |
| 36. CTRIP Com Intl Ltd American Dep Shs | | None | | | Buy | 4-28-08 | J | | |
| | | | | | | 5-9-08 | J | | |
| | | | | | | 10-21-08 | J | | |
| | | | | | Sold | 5-23-08 | K | | |
| | | | | | | 11-6-08 | J | A | |
| 37. Currencyshares Austrailian Dlr TR Austrailian Dollars Shs | B | Div. | | | Buy | 4-3-08 | L | | |
| | | | | | | 4-10-08 | K | | |
| | | | | | | 7-09-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | Sold | 5-27-08 | L | C | |
| | | | | | | 11-6-08 | L | | |
| 38. CurrencyShares CDN Dlr Tr (Canadian Dollars) | A | Div. | | | Buy | 4-8-08 | K | | |
| | | | | | | 7-09-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | Sold | 4-15-08 | K | | |
| | | | | | | 10-14-08 | L | | |
| 39. Currencyshares Euro TR Euro Shs | A | Div. | | | Buy | 1-31-08 | K | | |
| | | | | | | 2-5-08 | K | | |
| | | | | | | 7-09-08 | L | | |
| | | | | | Sold | 2-12-08 | K | | |
| | | | | | | 9-29-08 | J | | |

---

1  Income/Gain Codes:  A=$1,000 or less  B=$1,001 - $2,500  C=$2,501 - $5,000  D=$5,001-$15,000  E=$15,001 - $50,000
   (See Col. B1, D4)  F=$50,001 - $100,000  G=$100,001 - $1,000,000  H1=$1,000,001 - $5,000,000  H2=More than $5,000,000

2  Value Codes:  J=$15,000 or less  K=$15,0001-$50,000  L=$50,001 - $1000,000  M=$100,001 - $250,000
   (See Col. C1, D3)  N=$250,001 - $500,000  O=$500,001 - $1,000000  P1=$1,000,001 - $5,000,000  P2=$5,000,001 - $25,000,000
   P3=$25,000,001 - $50,000,000  P4=More than $50,000,000

3  Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

**AMENDED** FINANCIAL DISCLOSURE REPORT
Amended-Dated: 05/14/2010     Page _8_ of  24

Name of Person Reporting
George H. King

Date of Report
May 12, 2009

## VII.  INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 40. Currencyshares Japanese Yen TR Japanese Yen Shs | | None | | | Buy | 1-22-08 | K | | |
| | | | | | | 2-11-08 | K | | |
| | | | | | | 3-20-08 | K | | |
| | | | | | | 4-3-08 | L | | |
| | | | | | | 4-7-08 | L | | |
| | | | | | | 7-9-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | Sold | 2-25-08 | K | A | |
| | | | | | | 2-28-08 | K | A | |
| | | | | | | 3-24-08 | L | B | |
| | | | | | | 4-23-08 | L | | |
| | | | | | | 10-9-08 | L | C | |
| 41. Currency shares Swiss Franc TR Swiss Franc Shs | A | Div. | | | Buy | 1-29-08 | K | | |
| | | | | | | 3-20-08 | L | | |
| | | | | | | 4-3-08 | L | | |
| | | | | | | 7-9-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | Sold | 2-12-08 | K | A | |
| | | | | | | 3-24-08 | L | C | |
| | | | | | | 4-23-08 | L | | |
| | | | | | | 10-9-08 | L | | |
| 42. Diana Shipping Inc. | | None | | | Buy | 2-6-08 | K | | |
| | | | | | Sold | 2-25-08 | K | A | |
| 43. Dongfong Electric | | None | J | T | Buy | 11-20-08 | J | | |
| 44. Dynasty Fine Wines | A | Div. | J | T | Buy | 10-7-08 | J | | |
| | | | | | | 10-29-08 | J | | |
| | | | | | | 11-2-08 | J | | |
| 45. ESU8 (S&P mini futures) | | None | | | Buy | 9-9-08 | L | | |
| | | | | | | 9-10-08 | L | | |
| | | | | | | 9-11-08 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 P4=More than $50,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

**AMENDED FINANCIAL DISCLOSURE REPORT**
Amended-Dated: 05/14/2010    Page _9_ of 24

Name of Person Reporting
George H. King

Date of Report
May 12, 2009

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sold | 9-10-08 9-15-08 | L (1 contract) M (2 contracts) | | |
| 46. ESZ8 (S&P mini futures) | | None | | | Buy | 10-29-08 10-31-08 | L L | | |
| | | | | | Sold | 10-29-08 10-31-08 | L L | A A | |
| 47. Euros (ForEx short position in USD) | | None | | | Buy | 11-25-08 | K | | |
| | | | | | Sold | 12-15-08 12-18-08 | K J | B A | |
| 48. Fidelity Cash Reserves | D | Div. | L | T | | | | | |
| 49. Focus Media Hldg Ltd. | | None | | | Buy | 2-28-08 3-10-08 3-26-08 3-27-08 5-22-08 | K J J J K | | |
| | | | | | Sold | 5-21-08 5-23-08 | K K | | |
| 50. Foster Wheeler LTD SHS New | | None | | | Buy | 1-9-08 2-15-08 | K J | | |
| | | | | | Sold | 1-11-08 2-25-08 | K J | A A | |
| 51. Freeport McMoran Copper & Gold Inc. | A | Div. | J | T | Buy | 9-09-08 9-19-08 | J J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

**AMENDED FINANCIAL DISCLOSURE REPORT**
**Amended-Dated: 05/14/2010**    Page _10_ of 24

Name of Person Reporting
George H. King

Date of Report
May 12, 2009

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Gamestop Corp. | | None | | | Buy | 1-10-08 | K | | |
| | | | | | Sold | 1-10-08 | K | A | |
| 53. GCV8 (gold futures) | | None | | | Buy | 10-24-08 | M (3 contracts) | E | |
| | | | | | Sold (short) | 10-9-08 10-24-08 | L (1 contract) M (2 contracts) | | |
| 54. Gold Fields Ltd. ADR | | None | | | Buy | 4-10-08 | J | | |
| | | | | | Sold | 5-22-08 | J | A | |
| 55. Hainan Meiland Airport | | None | J | T | Buy | 10-7-08 10-16-08 | J J | | |
| 56. Harvest Energy TR Units | B | Div. | | | Buy | 1-25-08; 1-29-08 2-1-08 | K K K | | |
| | | | | | Sold | 6-2-08 | K | C | |
| 57. HCA | | None | J | T | | | | | |
| 58. Hong Kong Dollars (this is a negative position in USD) | | None | L | T | Buy | 10-7-08 11-23-08 | K L | | |
| 59. Humana | | None | J | T | | | | | |
| 60. Hyflux Ltd. | | None | J | T | Buy | 9-22-08 | J | | |
| 61. Ishares Compex Gold Trust Ishares ETF | | None | | | Sold | 1-9-08 | K | B | |

---

1. Income/Gain Codes: (See Col. B1, D4)   A=$1,000 or less   B=$1,001 - $2,500   C=$2,501 - $5,000   D=$5,001-$15,000   E=$15,001 - $50,000   F=$50,001 - $100,000   G=$100,001 - $1,000,000   H1=$1,000,001 - $5,000,000   H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3)   J=$15,000 or less   K=$15,0001-$50,000   L=$50,001 - $1000,000   M=$100,001 - $250,000   N=$250,001 - $500,000   O=$500,001 - $1,000000   P1=$1,000,001 - $5,000,000   P2=$5,000,001 - $25,000,000   P3=$25,000,001 - $50,000,000   P4=More than $50,000,000

3. Value Method Codes: (See Col. C2)   Q=Appraisal   U=Book value   R=Cost (real estate only)   V=Other   S=Assessment   W=Estimated   T=Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 62. Ishares Inc. MSCI Australia Index FD | None | | | | Buy | 4-8-08 | K | | |
| | | | | | Sold | 4-29-08 | K | A | |
| 63. Ishares Inc. MSCI Brazil Index Fund | None | | | | Buy | 10-14-08 | K | | |
| | | | | | Sold | 11-6-08 | K | B | |
| 64. Ishares Inc. MSCI Canada Index FD | None | | | | Buy | 4-10-08 | K | | |
| | | | | | Sold (Short) | 2-29-08 | K | A | |
| 65. Ishares Inc. MSCI Hong Kong FD | None | | | | Buy | 4-10-08 | K | | |
| | | | | | Sold | 5-27-08 | K | | |
| 66. Ishares Inc. MSCI Japan Index FD | None | | | | Buy | 2-19-08 | K | | |
| | | | | | | 4-4-08 | J | | |
| | | | | | | 5-7-08 | J | | |
| | | | | | | 10-14-08 | K | | |
| | | | | | | 10-30-08 | J | | |
| | | | | | Sold | 2-25-08 | J | A | |
| | | | | | | 5-23-08 | K | A | |
| | | | | | | 11-6-08 | K | B | |
| 67. Ishares Inc. MSCI Malaysia Free Index FD | None | | | | Buy | 4-9-08 | J | | |
| | | | | | | 4-22-08 | J | | |
| | | | | | Sold | 5-22-08 | K | A | |
| 68. Ishares Inc. MSCI Taiwan Index FD | None | | | | Buy | 2-7-08 | J | | |
| | | | | | | 2-15-08 | J | | |
| | | | | | | 2-28-08 | K | | |
| | | | | | | 3-3-08 | J | | |
| | | | | | | 3-27-08 | K | | |
| | | | | | | 4-7-08 | K | | |
| | | | | | | 4-22-08 | J | | |

| 1 | Income/Gain Codes: | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D=$5,001-$15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Col. B1, D4) | F=$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: | J=$15,000 or less | K=$15,0001-$50,000 | L=$50,001 - $1000,000 | M=$100,001 - $250,000 | |
| | (See Col. C1, D3) | N=$250,001 - $500,000 | O=$500,001 - $1,000000 | P1=$1,000,001 - $5,000,000 | P2=$5,000,001 - $25,000,000 | |
| | | P3=$25,000,001 - $50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | (See Col. C2) | U=Book value | V=Other | W=Estimated | | |

**AMENDED FINANCIAL DISCLOSURE REPORT**
**Amended-Dated: 05/14/2010     Page _12_ of 24**

Name of Person Reporting
George H. King

Date of Report
May 12, 2009

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | Sold | 3-20-08 | K | A | |
| | | | | | | 5-21-08 | K | B | |
| | | | | | | 5-22-08 | J | A | |
| | | | | | | 5-27-08 | K | | |
| 69. Ishares Silver TR Ishares | | None | L | T | Buy | 1-22-08 | K | | |
| | | | | | | 1-31-08 | K | | |
| | | | | | | 2-5-08 | K | | |
| | | | | | | 3-3-08 | K | | |
| | | | | | | 4-2-08 | K | | |
| | | | | | | 7-18-03 | K | | |
| | | | | | | 10-14-08 | K | | |
| | | | | | | 10-15-08 | K | | |
| | | | | | Part Sold | 1-4-08 | J | A | |
| | | | | | | 2-15-08 | K | B | |
| | | | | | | 3-24-08 | K | C | |
| | | | | | | 6-2-08 | K | | |
| 70. Ishares TR Dow Jones US Total MKT Index FD | A | Div. | | | Buy | 1-9-08 | K | | |
| | | | | | Sold | 1-18-08 | K | | |
| 71. Ishares Tr FTSE Xinhua HK China 25 Index FD | | None | | | Buy | 4-4-08 | J | | |
| | | | | | | 4-9-08 | J | | |
| | | | | | | 4-21-08 | J | | |
| | | | | | | 5-07-08 | K | | |
| | | | | | | 10-10-08 | K | | |
| | | | | | | 10-30-08 | J | | |
| | | | | | Sold | 5-21-08 | K | B | |
| | | | | | | 5-22-08 | K | B | |
| | | | | | | 5-23-08 | K | B | |
| | | | | | | 11-6-08 | K | | |
| 72. JetBlue Awys Corp | | None | | | Sold | 1-2-08 | J | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001 - $2,500    C=$2,501 - $5,000    D=$5,001-$15,000    E=$15,001 - $50,000
   (See Col. B1, D4)    F=$50,001 - $100,000    G=$100,001 - $1,000,000    H1=$1,000,001 - $5,000,000    H2=More than $5,000,000

2. Value Codes:    J=$15,000 or less    K=$15,0001-$50,000    L=$50,001 - $1000,000    M=$100,001 - $250,000
   (See Col. C1, D3)    N=$250,001 - $500,000    O=$500,001 - $1,000000    P1=$1,000,001 - $5,000,000    P2=$5,000,001 - $25,000,000
   P3=$25,000,001 - $50,000,000    P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Jiangsu Expressway | | None | J | T | Buy | 10-7-08 | J | | |
| 74. Kerry Properties | | None | J | T | Buy | 10-29-08 | J | | |
| | | | | | | 11-2-08 | J | | |
| | | | | | | 11-16-08 | J | | |
| 75. Las Vegas Sands Corp. | | None | | | Buy | 4-29-08 | J | | |
| | | | | | Sold | 5-5-08 | J | A | |
| 76. Lianhua Supermarket Holdings | | None | J | T | Buy | 11-24-08 | J | | |
| 77. LSI Logic Corp. | | None | | | Sold | 1-2-08 | J | A | |
| 78. Market Vectors ETF TR Agribusiness | | None | | | Buy | 4-17-08 | J | | |
| | | | | | Sold | 5-2-08 | J | A | |
| 79. Market Vectors ETF TR Coal | | None | | | Buy | 4-17-08 | J | | |
| | | | | | Sold | 5-2-08 | J | A | |
| 80. Market Vectors ETF TR Gold Miners EFT | | None | K | T | Buy | 12-2-08 | K | | |
| 81. Market Vectors ETF TR Nuclear Energy ETF | | None | | | Sold | 1-11-08 | K | | |
| 82. Market Vectors Tr Russia ETF | | None | | | Buy | 4-8-08 | J | | |
| | | | | | Sold | 5-23-08 | K | C | |
| 83. Monsanto Co. New | | None | | | Buy | 1-4-08 | J | | |
| | | | | | | 3-24-08 | K | | |
| | | | | | Sold | 1-4-08 | J | | |
| | | | | | | 4-3-08 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period period | | C. Gross value at end of reporting period period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. Morgan Stanley | A | Div. | | | Buy | 1-8-08 | K | | |
| | | | | | Sold | 1-11-08 | K | A | |
| 85. New Oriental Ed & Technology Group Inc. | | None | | | Buy | 2-7-08 | K | | |
| | | | | | | 3-26-08 | K | | |
| | | | | | | 4-28-08 | J | | |
| | | | | | | 5-7-08 | K | | |
| | | | | | | 10-1-08 | J | | |
| | | | | | Sold | 4-17-08 | L. | B | |
| | | | | | | 5-22-08 | K | B | |
| | | | | | | 5-23-08 | K | A | |
| | | | | | | 11-6-08 | J | | |
| 86. Northwest Airlines Corp. | | None | | | Buy | 5-2-08 | J | | |
| | | | | | | 5-7-08 | J | | |
| | | | | | Sold | 5-27-08 | J | | |
| 87. Peabody Energy Corp. | | None | | | Buy | 9-10-08 | J | | |
| | | | | | | 10-30-08 | J | | |
| | | | | | Sold | 11-6-08 | K | A | |
| 88. PenGrowth Energy Tr Unit New | B | Div. | | | Buy | 1-31-08 | K | | |
| | | | | | Sold | 6-2-08 | K | D | |
| 89. Penn West Energy Tr Unit | B | Div. | | | Buy | 1-25-08; | K | | |
| | | | | | | 1-29-08 | K | | |
| | | | | | Sold | 5-27-08 | K | D | |
| | | | | | | 6-2-08 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000  E=$15,001 - $50,000 H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

**AMENDED FINANCIAL DISCLOSURE REPORT**
**Amended-Dated: 05/14/2010    Page 15 of 24**

Name of Person Reporting
George H. King

Date of Report
May 12, 2009

# VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 90. Pershing Government Account (Money Market Fund @ Europacific Capital) (From Part of Fidelity Cash Reserve # 48) | A | Div. | L | T | | | | | |
| 91. Petrobras Energia | | None | | | Buy | 2-15-08 | J | | |
| | | | | | Sold | 2-25-08 | J | A | |
| 92. Petroleo Brasileiro | | None | J | T | Buy | 2-15-08 | J | | |
| | | | | | | 8-21-08 | J | | |
| | | | | | | 9-19-08 | J | | |
| | | | | | | 10-20-08 | J | | |
| | | | | | Part Sold | 2-26-08 | J | A | |
| | | | | | | 11-7-08 | J | | |
| 93. Pfizer Inc. | | None | | | Buy | 1-8-08 | K | | |
| | | | | | Sold | 1-18-08 | K | | |
| 94. Philip Morris Intl Inc. Com | | None | J | T | Buy | 4-10-08 | K | | |
| | | | | | | 4-17-08 | J | | |
| | | | | | | 4-28-08 | J | | |
| | | | | | | 10-01-08 | K | | |
| | | | | | Part Sold | 5-22-08 | K | A | |
| | | | | | | 6-2-08 | K | A | |
| 95. Potash Corp. Sask Inc. | | None | | | Buy | 1-4-08 | J | | |
| | | | | | Sold | 1-4-08 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 96. Powershares DB Multi Sector Commodity TR Power Shares DB Agric FD Com Unit | | None | L | T | Buy | 1-23-08 | K | | |
| | | | | | | 2-29-08 | K | | |
| | | | | | | 3-28-08 | L | | |
| | | | | | | 4-14-08 | K | | |
| | | | | | | 5-21-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | | 7-25-08 | K | | |
| | | | | | | 7-28-08 | K | | |
| | | | | | Part Sold | 2-14-08 | L | E | |
| | | | | | | 3-25-08 | L | D | |
| | | | | | | 4-3-08 | M | | |
| | | | | | | 4-23-08 | K | A | |
| | | | | | | 6-2-08 | K | | |
| | | | | | | 7-25-08 | K | | |
| 97. Powershares DB US Dlr Index TR Powershares DB US$ Index Bullish FD Com Unit | | None | | | Sold | 1-4-08 | L | | |
| 98. Powershares Global Exchange Traded FD Tr Global Water Port | | None | | | Buy | 2/15/08 | K | | |
| | | | | | | 2/28/08 | J | | |
| | | | | | | 3-3-08 | J | | |
| | | | | | Sold | 5-27-08 | K | B | |
| | | | | | | 6-2-08 | K | A | |
| 99. Powershares QQQ Tr Unit Serv. | | None | | | Buy | 1-8-08 | K | | |
| | | | | | | 1-9-08 | K | | |
| | | | | | | 10-10-08 | K | | |
| | | | | | Sold | 1-18-08 | K | | |
| | | | | | | 1-22-08 | K | | |
| | | | | | | 11-6-08 | K | | |
| 100. Precision Drilling Trust | A | Div. | J | T | Buy | 10-7-08 | J | | |
| 101. Procter & Gamble Co. | A | Div. | | | Sold | 1-18-08 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII.  INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  Progen Pharmaceuticals Limited Ordinary Shares IAIN▨ | | None | J | T | | | | | |
| 103.  Proshares Tr Ultra DOW 30 Proshares | A | Div. | | | Buy | 3-26-08 | L | | |
| | | | | | | 3-27-08 | K | | |
| | | | | | | 4-29-08 | K | | |
| | | | | | Sold | 3-31-08 | L | A | |
| 104.  Proshares Tr Short Dow 30 Proshares | | None | | | Buy | 4-2-08 | L | | |
| | | | | | | 5-27-08 | K | | |
| | | | | | | 5-29-08 | K | | |
| | | | | | Sold | 4-4-08 | L | | |
| | | | | | | 6-2-08 | L | A | |
| 105.  Proshares Tr Short Russell 2000 | | None | | | Buy | 4-29-08 | K | | |
| | | | | | | 5-27-08 | K | | |
| | | | | | Sold | 6-2-08 | L | B | |
| 106.  Proshares TR Ultra Short 30 FD | | None | | | Buy | 1-9-08 | L | | |
| | | | | | Sold | 1-9-08 | L | | |
| 107.  Proshares TR Ultra Short 500 FD | | None | | | Buy | 1-9-08 | L | | |
| | | | | | | 1-31-08 | K | | |
| | | | | | | 2-27-08 | K | | |
| | | | | | | 2-26-08 | J | | |
| | | | | | | 4-2-08 | L | | |
| | | | | | | 5-2-08 | K | | |
| | | | | | | 5-27-08 | K | | |

| 1 | Income/Gain Codes: | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D=$5,001-$15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Col. B1, D4) | F=$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: | J=$15,000 or less | K=$15,0001-$50,000 | L=$50,001 - $1000,000 | M=$100,001 - $250,000 | |
| | (See Col. C1, D3) | N=$250,001 - $500,000 | O=$500,001 - $1,000000 | P1=$1,000,001 - $5,000,000 | P2=$5,000,001 - $25,000,000 | |
| | | P3=$25,000,001 - $50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | (See Col. C2) | U=Book value | V=Other | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period period | | C. Gross value at end of reporting period period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | Sold | 1-9-08 | L | | |
| | | | | | | 2-6-08 | K | | |
| | | | | | | 2-28-08 | J | A | |
| | | | | | | 3-20-08 | K | B | |
| | | | | | | 4-4-08 | L | | |
| | | | | | | 5-7-08 | K | | |
| | | | | | | 6-2-08 | L | A | |
| 108. Proshares Tr Ultra Short Consumer Services | | None | | | Buy | 4-29-08 | J | | |
| | | | | | Sold | 6-2-08 | J | | |
| 109. Proshares TR Ultra Short Finls | | None | | | Buy | 2-8-08 | K | | |
| | | | | | | 3-6-08 | K | | |
| | | | | | | 4-29-08 | J | | |
| | | | | | | 4-30-08 | J | | |
| | | | | | | 5-22-08 | J | | |
| | | | | | Sold | 2-28-08 | K | B | |
| | | | | | | 3-20-08 | K | C | |
| | | | | | | 5-7-08 | K | | |
| | | | | | | 6-2-08 | J | A | |
| 110. Proshares Tr Ultra Short FTSE Xinhua China 25 Fd | | None | | | Buy | 5-29-08 | J | | |
| | | | | | Sold | 6-2-08 | J | A | |
| 111. Proshares Ultrashort Lehman Bros 20 yr Proshares | | None | K | T | Buy | 10-17-08 | K | | |
| | | | | | | 10-30-08 | J | | |
| | | | | | | 12-2-08 | J | | |
| | | | | | | 12-4-08 | J | | |
| | | | | | | 12-22-08 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

**AMENDED FINANCIAL DISCLOSURE REPORT**
**Amended-Dated: 05/14/2010    Page 19 of 24**

Name of Person Reporting
George H. King

Date of Report
May 12, 2009

## VII.  INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 112.  Proshares Ultrashort Lehman Bros 7-10 yr Proshares | A | Div. | K | T | Buy | 11-7-08 | J | | |
| | | | | | | 11-28-08 | J | | |
| 113.  Proshares Tr Ultra Short Oil & Gas | | None | | | Buy | 5-2-08 | K | | |
| | | | | | | 5-28-08 | K | | |
| | | | | | Sold | 5-7-08 | K | A | |
| | | | | | | 6-2-08 | K | C | |
| 114.  Proshares TR Ultra Short Real Estate Proshares | | None | | | Buy | 3-10-08 | K | | |
| | | | | | | 4-29-08 | J | | |
| | | | | | | 5-23-08 | J | | |
| | | | | | | 5-29-08 | J | | |
| | | | | | Sold | 3-20-08 | K | A | |
| | | | | | | 6-2-08 | K | | |
| 115.  Proshares Tr Ultrashort Small Cap 600 Proshares | | None | | | Buy | 4-29-08 | K | | |
| | | | | | | 4-30-08 | J | | |
| | | | | | Sold | 5-7-08 | K | | |
| 116.  Sector SPDR Tr Shs Ben Int Financial | | None | | | Buy | 10-9-08 | J | | |
| | | | | | | 11-3-08 | J | | |
| | | | | | Sold | 11-6-08 | K | | |
| 117.  Sector SPDR TR Shs Ben Int Utilities | | None | | | Sold | 1-28-08 | K | | |
| 118.  Shangri-la Asia Ltd. | | None | J | T | Buy | 10-29-08 | J | | |
| 119.  Shimao Properties | | None | J | T | Buy | 10-30-08 | J | | |
| | | | | | | 11-16-08 | J | | |
| 120.  Shuionland | | None | J | T | Buy | 10-30-08 | J | | |
| 121.  Sinoenergy Corp. Com New | | None | J | T | Buy | 12-2-08 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

**AMENDED FINANCIAL DISCLOSURE REPORT**
Amended-Dated: 05/14/2010    Page 20 of 24

Name of Person Reporting
George H. King

Date of Report
May 12, 2009

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 122. S & P 500 Depository Receipt | | None | | | Buy | 10-9-08 | J | | |
| | | | | | Sold | 11-6-08 | J | | |
| 123. Streettracks Gold Tr Gold Shs In May 2008, name changed to SPDR Gold Tr Gold Shs | | None | K | T | Buy | 1-22-08 | K | | |
| | | | | | | 1-25-08 | L | | |
| | | | | | | 1-31-08 | K | | |
| | | | | | | 2-5-08 | K | | |
| | | | | | | 2-27-08 | J | | |
| | | | | | | 2-29-08 | J | | |
| | | | | | | 3-3-08 | K | | |
| | | | | | | 4-2-08 | K | | |
| | | | | | | 4-14-08 | K | | |
| | | | | | | 7-18-08 | K | | |
| | | | | | | 10-14-08 | K | | |
| | | | | | | 12-2-08 | K | | |
| | | | | | | 12-4-08 | J | | |
| | | | | | Part Sold | 1-25-08 | L | A | |
| | | | | | | 2-15-08 | K | | |
| | | | | | | 3-24-08 | K | B | |
| | | | | | | 5-2-08 | K | | |
| | | | | | | 6-2-08 | K | | |
| | | | | | | 10-15-08 | L | | |
| 124. Suntech PWR Holdings Co. LTD ADR | | None | | | Buy | 1-9-08 | K | | |
| | | | | | Sold | 1-11-08 | K | | |
| 125. Swedish Expt CR Corp Elements LKD to Rogers Intl. Commodity index Agriculture Total Return | | None | | | Sold | 3-7-08 | L | D | |
| | | | | | | 3-25-08 | L | B | |
| 126. Swedish Expt CR Corp Elements LKD to Rogers Intl Commodity Index Metals Total Return | | None | | | Buy | 1-25-08 | K | | |
| | | | | | | 2-28-08 | J | | |
| | | | | | Sold | 3-7-08 | L | D | |
| | | | | | | 3-20-08 | K | B | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Teekay Corp. | | None | | | Buy | 5-7-08 | K | | |
| | | | | | Sold | 5-22-08 | K | B | |
| 128. Telik Inc. | | None | J | T | | | | | |
| 129. Tesoro Corp Com | | None | | | Sold | 1-7-08 | K | | |
| 130. Thai Beverage Public Co. Ltd. | | None | J | T | Buy | 9-22-08 | J | | |
| 131. Thai Fd Inc | | None | | | Buy | 4-4-08 | J | | |
| | | | | | | 5-7-08 | J | | |
| | | | | | Sold | 5-27-08 | K | B | |
| 132. Transocean Inc. (New) Merger on 12-19-08; changed name to Transocean LTD ZUG Namen-AKT ISIN | | None | L | T | Buy | 9-09-08 | J | | |
| | | | | | | 9-19-08 | J | | |
| 133. Travel Sky Technologies | | None | J | T | Buy | 10-7-08 | J | | |
| 134. Tsing Tao | | None | J | T | Buy | 10-14-08 | J | | |
| 135. UAL Corp Com New | | None | | | Buy | 5-2-08 | J | | |
| | | | | | Sold | 5-7-08 | J | A | |
| 136. Unilever N V | | None | | | Buy | 1-8-08 | K | | |
| | | | | | Sold | 1-11-08 | K | | |
| 137. Uni-President | | None | K | T | Buy | 10-30-08 | K | | |
| | | | | | | 11-16-08 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 12, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period period | | C. Gross value at end of reporting period period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 138. United Sts Nat-Gas FD LP Unit | | None | | | Buy | 1-31-08 | K | | |
| | | | | | | 2-6-08 | K | | |
| | | | | | | 2-29-08 | J | | |
| | | | | | | 4-10-08 | K | | |
| | | | | | | 4-25-08 | J | | |
| | | | | | | 4-29-08 | J | | |
| | | | | | Sold | 5-2-08 | K | C | |
| | | | | | | 5-27-08 | K | B | |
| 139. United States Steel | A | Div. | J | T | Buy | 9-12-08 | J | | |
| | | | | | | 11-3-08 | J | | |
| 140. Univanich Palm Oil Public Co Ltd | | None | J | T | Buy | 11-28-08 | J | | |
| 141. VXV8 (volitility index futures) | | None | | | Buy | 10-10-08 | L | | |
| | | | | | Sold (short) | 10-9-08 | K | | |
| 142. Wells Fargo & Co. New | | None | | | Buy | 1-10-08 | K | | |
| | | | | | Sold | 1-10-08 | K | | |
| 143. Wynn Resorts Ltd. | | None | | | Buy | 4-29-08 | J | | |
| | | | | | Sold | 5-5-08 | J | A | |
| 144. XCZ8 (mini corn futures) | | None | | | Buy | 11-11-08 | J | | |
| | | | | | Sold | 11-24-08 | J | | |
| 145. Yantai North Andre Juice Co. Ltd. | | None | J | T | Buy | 11-21-08 | J | | |
| 146. Yahoo Inc. | | None | | | Buy | 3-31-08 | K | | |
| | | | | | Sold | 4-4-08 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000    E=$15,001.- $50,000 H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal, U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

**AMENDED FINANCIAL DISCLOSURE REPORT**
**Amended-Dated: 05/14/2010    Page 23 of 24**

Name of Person Reporting
George H. King

Date of Report
May 12, 2009

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 147. Yamana Gold Inc. | A | Div. | | | Buy | 2-6-08 | K | | |
| | | | | | Sold | 1-2-08 | K | B | |
| | | | | | | 3-25-08 | K | A | |
| 148. Yanzhou Coal Mining Sp ADR | | None | | | Buy | 2-15-08 | J | | |
| | | | | | Sold | 2-25-08 | J | A | |
| 149. Yurun Food | A | Div. | J | T | Buy | 11-20-08 | J | | |
| 150. Zhejiang Expressway | A | Div. | J | T | Buy | 9-16-08 | j | | |
| 151. Zijin Mining (Gold) | | None | J | T | Buy | 10-30-08 | J | | |
| 152. ZC (March 09 corn futures) | | None | K | T | Buy | 11-26-08 | K | | |
| 153. ZW (December 08 wheat futures) | | None | | | Buy | 9-26-08 | K | | |
| | | | | | | 10-20-08 | K | | |
| | | | | | Sold | 11-24-08 | L | | |
| 154. ZW (March 09 wheat futures) | | None | K | T | Buy | 11-26-08 | K | | |

1  Income/Gain Codes: A=$1,000 or less    B=$1,001 - $2,500    C=$2,501 - $5,000    D=$5,001-$15,000    E=$15,001 - $50,000
   (See Col. B1, D4)    F=$50,001 - $100,000    G=$100,001 - $1,000,000    H1=$1,000,001 - $5,000,000    H2=More than $5,000,000

2  Value Codes:    J=$15,000 or less    K=$15,0001-$50,000    L=$50,001 - $1000,000    M=$100,001 - $250,000
   (See Col. C1, D3)    N=$250,001 - $500,000    O=$500,001 - $1,000000    P1=$1,000,001 - $5,000,000    P2=$5,000,001 - $25,000,000
   P3=$25,000,001 - $50,000,000    P4=More than $50,000,000

3  Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 24 of 24 | King, George H. | May 12, 2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR  :T TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**AMENDED**

**DATED: 5/14/2010**



UN

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
| Rev. 1/2010 |

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| **King, George H.** | **United States District Court** | **May 14, 2010** |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| **Active – United States District Judge** | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | **01/01/2009** to **12/31/2009** |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Roybal Fed. Bldg., Suite 660 <br> 255 E. Temple Street <br> Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

DISCLOSURE... OFFICE 2010 MAY 25 A 4: 52 RECEIVED

King, George H.

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14 2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. In Trust # 1 Financial Credit Union on-FCU | A | Div./Int. | J | T | | | | | |
| 2. (In Trust #1) Real Estate Prescott, AZ | D | Rent | N | S | | | | | |
| 3. Transamerica Life Ins. Co. Acct (X) | A | Int. | J | T | | | | | |
| 4. Wells Fargo Savings | A | Int. | J | T | | | | | |
| 5. Adventrx Pharmaceuticals Inc. | | None | J | T | | | | | |
| 6. Ajisen Holdings Ltd. (Misnamed in 2008 as Ajiseu Ramen) | A | Div. | J | T | Partial Sold | 5-5-09 5-13-09 | J J | A A | |
| 7. Altria Group, Inc. (See: Philip Morris) | | | | | | | | | |
| 8. Andre Juice Co. Ltd. | A | Div. | J | T | Buy | 3-6-09 3-12-09 | J J | | |
| | | | | | Partial Sold | 10-8-09 | J | A | |
| 9. Anhui Expressway | A | Div. | J | T | | | | | |
| 10. Applied Energetics | | None | J | T | | | | | |
| 11. Asian Environment Holdings Ltd. | | None | J | T | | | | | |
| 12. Bangkok Bank Public Co. Ltd. | A | Div. | J | T | | | | | |
| 13. Bangkok Dusit Medical Services Co. Ltd | A | Div. | J | T | | | | | |
| 14. Bank of China | A | Div. | | | Buy | 3-10-09 | J | | |
| | | | | | Sold | 5-13-09 10-8-09 | J J | A A | |

| | | | | |
|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  B=$1,001 - $2,500  C=$2,501 - $5,000  D=$5,001-$15,000  E=$15,001 - $50,000 F=$50,001 - $100,000  G=$100,001 - $1,000,000  H1=$1,000,001 - $5,000,000  H2=More than $5,000,000 | | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  K=$15,0001-$50,000  L=$50,001 - $1000,000  M=$100,001 - $250,000 N=$250,001 - $500,000  O=$500,001 - $1,000000  P1=$1,000,001 - $5,000,000  P2=$5,000,001 - $25,000,000 P3=$25,000,001 - $50,000,000  P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market U=Book value  V=Other  W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 15. Bank of Communications Co. Ltd. | A | Div. | | | Buy | 3-10-09 | J | | |
| | | | | | Sold | 12-15-09 | J | A | |
| 16. Beijing Capitol Airport Co. Ltd. | | None | J | T | Partial Sold | 4-6-09 4-9-09 4-16-09 | J J J | | |
| 17. BHP Billiton Ltd. | A | Div. | K | T | Buy | 1-28-09 | J | | |
| | | | | | Partial Sold | 3-19-09 | J | B | |
| 18. British Pound | | None | | | Buy | 2-9-09 | K | | |
| | | | | | Sold | 2-9-09 | K | | |
| 19. Chaoda Modern | | None | J | T | Partial Sold | 5-13-09 | J | A | |
| 20. Cheung Kong | | None | | | Buy | 3-1-09 | K | | |
| | | | | | Sold | 3-1-09 | K | | |
| 21. China Blue Chemical Ltd. | A | Div. | J | T | Buy | 3-6-09 | J | | |
| | | | | | Partial Sold | 5-13-09 | J | A | |
| 22. China Construction Bank Corp. | A | Div. | | | Buy | 3-12-09 | J | | |
| | | | | | Sold | 5-5-09 10-8-09 | J J | A A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 23. China Foods Ltd. | A | Div. | J | T | Buy | 3-10-09 | J | | |
| | | | | | Partial Sold | 4-9-09 5-5-09 5-13-09 | J J J | A A A | |
| 24. China Life Ins. Co. Ltd. | | None | | | Buy | 3-16-09 | | | |
| | | | | | Sold | 3-19-09 | J | B | |
| 25. China Lyurun Food | | None | J | T | | | | | |
| 26. China Overseas Land & Investment Ltd. | A | Div. | J | T | | | | | |
| 27. China Water Affairs Group Ltd. | A | Div. | J | T | Partial Sold | 4-9-09 5-13-09 | J J | A A | |
| 28. CJH9 (Futures) | | None | | | Buy | 2-9-09 | L | | |
| | | | | | Sold | 2-9-09 | L | | |
| 29. CLH9 (Crude Oil 3/09 Futures) | | None | | | Buy | 2-10-09 2-11-09 2-12-09 | L K K | | |
| | | | | | Sold | 2-10-09 2-11- 9 2-13 9 | L K K | A A C | |
| 30. Cliffs Natural Resources Inc. | | None | | | Buy | 3-16-09 | J | | |
| | | | | | Sold | 3-19-09 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 31. CLJ9 (Crude Oil April 2009 Futures) | | None | | | Buy | 2-23-09 2-24-09 2-25-09 2-26-09 3-16-09 | L K K K L | | |
| | | | | | Sold | 2-23-09 2-24-09 2-25-09 3-13-09 3-16-09 | L K K K L | A A C | |
| 32. CLM9 (Crude Oil June 2009 Futures)) | | None | | | Buy | 4-28-09 5-1-09 5-6-09 5-13-09 5-14-09 5-15-09 | K L M L M L | | |
| | | | | | Sold (Includes short sales) | 4-24-09 4-29-09 4-30-09 5-1-09 5-13-09 5-14-09 | L L L L M M | B A B A | |
| 33. CNOOC Ltd. | | None | | | Buy | 3-16-09 | J | | |
| | | | | | Sold | 3-26-09 | J | B | |
| 34. Companhia Vale Do Rio Doce Spons ADR | A | Div. | | | Buy | 1-28-09 | J | | |
| | | | | | Sold | 3-26-09 4-27-09 | J J | B C | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,0 0 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CTRIP Com Intl Ltd American Dep Shs | | None | | | Buy | 3-11-09 | J | | |
| | | | | | Sold | 3-18-09 | J | C | |
| 36. Direxion Shares ETF Tr Finl Bull 3x | | None | | | Buy | 3-16-09 | J | | |
| | | | | | Sold | 3-18-09 | J | C | |
| 37. Dongfong Electric | A | Div. | J | T | Buy | 11-20-08 3-12-09 | J J | | |
| | | | | | Partial Sold | 5-5-09 5-13-09 | J J | A A | |
| 38. Dynasty Fine Wines Group Ltd. | A | Div. | J | T | Buy | 3-10-09 | J | | |
| | | | | | Partial Sold | 5-13-09 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 39. ESH9 (E-mini S&P 500 Mar. 09 Futures) | None | | | | Buy | 1-12-09 | K | | |
| | | | | | | 1-13-09 | K | | |
| | | | | | | 1-14-09 | K | | |
| | | | | | | 1-15-09 | K | | |
| | | | | | | 1-16-09 | M | | |
| | | | | | | 1-23-09 | L | | |
| | | | | | | 1-26-09 | K | | |
| | | | | | | 1-27-09 | K | | |
| | | | | | | 1-28-09 | K | | |
| | | | | | | 1-29-09 | M | | |
| | | | | | | 1-30-09 | K | | |
| | | | | | | 2-02-09 | L | | |
| | | | | | | 2-03-09 | M | | |
| | | | | | | 2-04-09 | M | | |
| | | | | | | 2-05-09 | M | | |
| | | | | | | 2-06-09 | M | | |
| | | | | | | 2-09-09 | M | | |
| | | | | | | 2-10-09 | M | | |
| | | | | | | 2-11-09 | M | | |
| | | | | | | 2-12-09 | L | | |
| | | | | | | 2-13-09 | M | | |
| | | | | | | 2-17-09 | L | | |
| | | | | | | 2-18-09 | K | | |
| | | | | | | 2-19-09 | L | | |
| | | | | | | 2-24-09 | K | | |
| | | | | | | 2-25-09 | K | | |
| | | | | | | 2-26-09 | L | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | Sold (Includes short sales) | 1-12-09 | K | A | |
| | | | | | | 1-13-09 | K | A | |
| | | | | | | 1-14-09 | K | A | |
| | | | | | | 1-15-09 | K | | |
| | | | | | | 1-16-09 | M | | |
| | | | | | | 1-23-09 | L | A | |
| | | | | | | 1-26-09 | L | A | |
| | | | | | | 1-27-09 | L | A | |
| | | | | | | 1-28-09 | L | A | |
| | | | | | | 1-29-09 | M | M | |
| | | | | | | 1-30-09 | M | M | |
| | | | | | | 2-02-09 | L | L | |
| | | | | | | 2-03-09 | M | M | |
| | | | | | | 2-04-09 | M | M | |
| | | | | | | 2-05-09 | M | M | |
| | | | | | | 2-06-09 | M | M | |
| | | | | | | 2-09-09 | M | M | |
| | | | | | | 2-10-09 | M | M | |
| | | | | | | 2-11-09 | M | M | |
| | | | | | | 2-12-09 | L | L | |
| | | | | | | 2-13-09 | M | M | |
| | | | | | | 2-17-09 | L | A | |
| | | | | | | 2-18-09 | K | A | |
| | | | | | | 2-19-09 | L | L | |
| | | | | | | 2-24-09 | K | A | |
| | | | | | | 2-25-09 | K | A | |
| | | | | | | 3-16-09 | L | B | |
| 40. ESH0 (Mini S&P 500) | | None | | | Sold (Short sales; transaction pending at year end) | 12-14-09 | L | | |
| 41. ESM9 (E-Mini S&P 500 June Futures) | | None | | | Buy | 4-20-09 | K | | |
| | | | | | | 4-24-09 | K | | |
| | | | | | | 5-06-09 | L | | |
| | | | | | | 5-15-09 | K | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | Sold (Includes short sales) | 4-01-09 4-09-09 4-17-09 4-20-09 5-14-09 | K K K K K | | |
| 42. ESZ9 (S&P mini futures) | | None | | | Buy | 12-14-09 | L | | |
| | | | | | Sold (Short sale) | 10-09-09 | L | | |
| 43. Euros | | None | | | Buy | 4-09-09 | K | | |
| | | | | | Sold | 9-18-09 | K | C | |
| 44. Fidelity Cash Reserves (Dividends fluctuate with amount of cash held in Fidelity IRA & Checking Accounts) | B | Div. | L | T | | | | | |
| 45. First Solar Inc. | | None | | | Buy | 3-6-09 | J | | |
| | | | | | Sold | 3-19-09 | J | B | |
| 46. Freeport McMoran Copper & Gold Inc. | | None | | | Buy | 1-28-09 | J | | |
| | | | | | Sold | 3-19-09 4-29-09 | J K | D | |
| 47. GCH9 (March Gold Futures) | | None | | | Buy | 1-29-09 2-06-09 | L L | | |
| | | | | | Sold (Includes short sales) | 1-29-09 2-06-09 | L L | A A | |
| 48. GCJ9 (April Gold Futures) | | None | | | Buy | 2-25-09 | L | | |
| | | | | | Sold | 3-19-09 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $100,00 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. GFH9 (Feeder Cattle March 2009) | | None | | | Buy | 2-13-09 | K | | |
| | | | | | Sold | 2-13-09 | K | | |
| 50. GFJ9 (Feeder Cattle April 2009) | | None | | | Buy | 2-24-09 | K | | |
| | | | | | Sold (Includes short sale) | 2-24-09 | K | | |
| 51. Haier Electronics Group | | None | | | Buy | 3-12-09 | J | | |
| | | | | | Sold | 5-5-09 12-15-09 | J J | A C | |
| 52. Hainan Meiland Airport | | None | J | T | | | | | |
| 53. HCA | | None | | | Redeemed | 5-7-09 | J | A | |
| 54. HEJ9 (April Hogs Futures) | | None | | | Buy | 2-12-09 2-17-09 | K K | | |
| | | | | | Sold (Includes short sale) | 2-12-09 2-13-09 | K K | A | |
| 55. HEM9 (June Hogs Futures) | | None | | | Buy | 4-29-09 | K | | |
| | | | | | Sold | 4-30-09 | K | | |
| 56. HGK9 (high grade copper May 09 Futures) | | None | | | Buy | 4-23-09 4-28-09 | K L | | |
| | | | | | Sold (Includes short sales) | 3-31-09 4-3-09 4-8-09 | K K L | B B | |
| 57. HK Ex (Hong Kong Exchange 0388 HK) | A | Div. | | | Buy | 3-01-09 | J | | |
| | | | | | Sold | 12-15-09 | J | B | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 58. HOH9 (heating oil March 2009 Futures) | | None | | | Buy | 2-06-09 2-10-09 2-13-09 | L L L | | |
| | | | | | Sold (Includes short sales) | 2-06-09 2-10-09 2-13-09 | L L L | A A A | |
| 59. HOJ9 (heating oil April 2009 Futures) | | None | | | Buy | 2-23-09 2-26-09 | L L | | |
| | | | | | Sold | 2-23-09 3-19-09 | L L | A B | |
| 60. Hong Kong Aircraft Engineering Co. Ltd. | A | Div. | J | T | Buy | 3-2-09 | J | | |
| 61. Hong Kong Dollars | | None | L | T | | | | | |
| 62. Humana | | None | J | T | | | | | |
| 63. Hyflux Ltd. | A | Div. | J | T | | | | | |
| 64. Ishares Silver Tr Ishares | | None | L | T | Partial Sold | 3-27-09 | K | | |
| 65. Ivanhoe Mines Ltd. Com | | None | | | Buy | 3-10-09 | J | | |
| | | | | | Sold | 3-18-09 | J | | |
| 66. Japanese Yen | | None | | | Buy | 5-12-09 | L | | |
| | | | | | Sold | 10-7-09 | L | C | |
| 67. Jiangsu Expressway Co. Ltd. | A | Div. | | | Sold | 10-8-09 | J | A | |
| 68. Kerry Properties Ltd. | A | Div. | J | T | Partial Sold | 4-8-09 5-5-09 | J J | B B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001 - $50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. LEJ9 (live cattle April 2009 Futures) | | None | | | Buy | 2-06-09 2-19-09 2-24-09 | K K L | | |
| | | | | | Sold (Includes short sales) | 2-06-09 2-19-09 2-24-09 | A A | | |
| 70. Lianhua Supermarket Holdings | A | Div. | | | Sold | 10-8-09 | J | B | |
| 71. Market Vectors ETF TR Gold Miners EFT | | None | K | T | Partial Sold | 3-24-09 | J | D | |
| 72. Meilan Airport Co. Ltd. | A | Div. | J | T | Buy | 3-6-09 | J | | |
| 73. New Oriental Ed & Technology Group Inc. | | None | | | Buy | 3-11-09 | J | | |
| | | | | | Sold | 3-26-09 | J | B | |
| 74. NGH9 (Natural Gas March 2009 Futures) | | None | | | Buy | 2-03-09 2-04-09 2-06-09 2-17-09 2-23-09 | K K L K K | | |
| | | | | | Sold (Includes short sales) | 2-03-09 2-04-09 2-06-09 2-18-09 2-23-09 | K K L K K | A A A A A | |
| 75. NGJ9 (Natural Gas April 2009 Futures) | | None | | | Buy | 3-2-09 | I. | | |
| | | | | | Sold (Includes short sales) | 2-26-09 3-02-09 | K K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 76. NGK9 (Natural Gas May 2009 Futures) | | None | | | Buy | 4-6-09 | K | | |
| | | | | | Sold | 4-6-09 | K | A | |
| 77. NQH9 (E-Mini NASDAQ 100 March 2009 Futures) | | None | | | Buy | 3-10-09 | K | | |
| | | | | | Sold (Short sale) | 3-10-09 | K | A | |
| 78. Parkson Retail Group Ltd. | A | Div. | | | Buy | 3-6-09 | | | |
| | | | | | Sold | 10-8-09 | J | B | |
| 79. Peabody Energy Corp. | | None | | | Buy | 3-16-09 | J | | |
| | | | | | Sold | 3-27-09 | J | B | |
| 80. Pershing Government Account (Money Market Fund @ Europacific Capital) (This dividend fluctuates with the amount of cash held in the Europacific SEPIRA) | B | Div. | L | T | | | | | |
| 81. Petroleo Brasileiro | A | Div. | J | T | Buy | 1-28-09 | J | | |
| | | | | | Partial Sold | 3-19-09 | J | B | |
| | | | | | | 5-11-09 | J | C | |
| 82. Philip Morris Intl Inc. Com | | Div. | | | Sold | 3-19-09 | J | | |
| 83. Potash Corp. Sask Inc. | | None | | | Buy | 3-6-09 | K | | |
| | | | | | Sold | 3-19-09 | K | A | |
| 84. Powershares DB Multi Sector Commodity TR Power Shares DB Agric FD Com Unit | | None | L | T | | | | | |
| 85. Precision Drilling Trust | A | Div. | | | Sold | 2-24-09 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Progen Pharmaceuticals Limited Ordinary Shares IAIN | | None | J | T | | | | | |
| 87. Proshares TR Ultra Short S&P 500 FD | | None | J | T | Buy | 4-22-09 | K | | |
| 88. Proshares Tr Ultra Short Finls (SKF) | | None | K | T | Buy | 2-05-09 | K | | |
| | | | | | | 3-26-09 | J | | |
| | | | | | | 4-24-09 | J | | |
| | | | | | | 5-06-09 | K | | |
| | | | | | | 5-12-09 | J | | |
| | | | | | | 5-13-09 | J | | |
| | | | | | | 12-09-09 | J | | |
| | | | | | | 12-14-09 | J | | |
| | | | | | Partial Sold | 2-5-09 | K | | |
| | | | | | | 5-6-09 | K | | |
| 89. Proshares Ultrashort Lehman Bros 20 yr (TBT) | | None | K | T | Buy | 5-06-09 | J | | |
| | | | | | Partial Sold | 5-06-09 | J | | |
| | | | | | | 5-11-09 | K | | |
| 90. Proshares Ultrashort Lehman Bros 7-10 yr Proshares | A | Div. | | | Sold | 5-11-09 | K | | |
| 91. QGG9 (Natural Gas EMINY February 2009 Futures) | | None | | | Buy | 1-13-09 | K | | |
| | | | | | Sold | 1-13-09 | K | | |
| 92. QGH9 (Natural Gas EMINY March 2009 Futures) | | None | | | Buy | 2-10-09 | J | | |
| | | | | | Sold | 2-10-09 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 21

Name of Person Reporting
George H. King

Date of Report
May 14, 2010

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 93. QMH9 (Crude Oil EMINY March 2009 Futures) | | None | | | Buy | 1-23-09 | K | | |
| | | | | | Sold (Short sale) | 1-23-09 | K | A | |
| 94. QOM9 (COMEX Gold EMINY) | | None | | | Buy | 5-6-09 | K | | |
| | | | | | Sold | 5-15-09 | K | A | |
| 95. Shenzhen Expressway Co. Ltd. | A | Div. | J | T | Buy | 3-1-09 | J | | |
| | | | | | Partial Sold | 5-13-09 | J | A | |
| 96. Shangri-la Asia Ltd. | A | Div. | J | T | | | | | |
| 97. Shimao Properties Holdings Ltd. | A | Div. | J | T | Partial Sold | 4-9-09 5-5-09 | J J | A A | |
| 98. Shui On Land Ltd. | A | Div. | J | T | Buy | 3-12-09 | J | | |
| | | | | | Partial Sold | 4-9-09 | J | A | |
| 99. Sichuan Express | A | Div. | | | Buy | 3-1-09 | J | | |
| | | | | | Sold | 10-8-09 | J | B | |
| 100. SIH9 (Silver March 2009 Futures) | | None | | | Buy | 2-11-09 2-23-09 | L M | | |
| | | | | | Sold (Includes short sales) | 2-11-09 2-23-09 | L M | A A | |
| 101. Sinoenergy Corp. Com New | | None | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. SPDR Gold Tr Gold Shs | | None | K | T | Buy | 5-8-09 | K | | |
| 103. Swire Pacific Ltd. A | A | Div. | J | T | Buy | 2-22-09 | J | | |
| | | | | | Partial Sold | 2-22-09 | J | | |
| 104. Telik Inc. | | None | J | T | | | | | |
| 105. Thai Beverage Public Co. Ltd. | A | Div. | J | T | | | | | |
| 106. Tong Ren Tang Technologies Co. Ltd. | A | Div. | J | T | Buy | 3-1-09 | J | | |
| 107. Transocean Inc. (New) Merger on 12-19-08; changed name to Transocean LTD ZUG Namen-AKT ISIN | | None | | | Buy | 1-28-09 | J | | |
| | | | | | Sold | 3-26-09 | J | | |
| | | | | | | 4-22-09 | J | C | |
| 108. Travel Sky Technologies | A | Div. | J | T | Partial Sold | 5-5-09 | J | A | |
| | | | | | | 5-17-09 | J | A | |
| 109. Tsing Tao Brewery Co. Ltd. | A | Div. | J | T | | | | | |
| 110. Uni-President China Holdings Ltd. | A | Div. | K | T | Partial Sold | 4-09-09 | J | A | |
| | | | | | | 5-05-09 | J | A | |
| | | | | | | 5-13-09 | J | A | |
| | | | | | | 5-17-09 | J | A | |
| 111. United States Steel | A | Div. | | | Buy | 3-10-09 | J | | |
| | | | | | Sold | 4-16-09 | K | | |
| 112. Univanich Palm Oil Public Co. Ltd | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,0 0 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 113. Vitasoy International Holdings Ltd. | A | Div. | | | Buy | 3-1-09 | J | | |
| | | | | | | 3-10-09 | J | | |
| | | | | | Sold | 5-13-09 | J | A | |
| | | | | | | 10-8-09 | J | A | |
| 114. Yantai North Andre Juice Co. Ltd. | | None | J | T | | | | | |
| 115. YG March 2009 (Mini Gold Futures) | | None | | | Buy | 1-28-09 | K | | |
| | | | | | Sold | 1-28-09 | K | A | |
| 116. YM March 2009 (Dow Jones Mini Futures) | | None | | | Buy | 2-24-09 | K | | |
| | | | | | Sold (Short sale) | 2-24-09 | K | | |
| 117. Yurun Food | A | Div. | | | Sold | 5-17-09 | J | A | |
| | | | | | | 10-8-09 | J | A | |
| 118. Zijin Mining (Gold) | A | Div. | | | Sold | 12-15-09 | J | B | |
| 119. ZB Mar 09 (U.S. T-Bond Futures) | | None | | | Buy | 2-24-09 | M | | |
| | | | | | Sold | 2-24-09 | M | | |
| 120. ZC (March 09 corn futures) | | None | | | Sold | 2-24-09 | K | | |
| 121. Zhejiang Expressway | A | Div. | J | T | Partial Sold | 4-9-09 | J | A | |
| | | | | | | 5-5-09 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,001-$50,000 O=$500,001 - $1,000,000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | George H. King | May 14, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ None (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 122. ZN (10 Year Treasury Note Futures) | None | | | | Buy | 2-18-09 | M | | |
| | | | | | | 2-19-09 | M | | |
| | | | | | Sold (Includes short sales) | 2-18-09 | M | A | |
| | | | | | | 2-19-09 | M | A | |
| 123. ZW (March 09 wheat futures) | None | | | | Buy | 2-13-09 | K | | |
| | | | | | Sold | 2-24-09 | L | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G=$100,001 - $1,000,000 | C=$2,501 - $5,000 H1=$1,000,001 - $5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001 - $500,000 P3=$25,000,001 - $50,000,000 | K=$15,0001-$50,000 O=$500,001 - $1,000000 | L=$50,001 - $1000,000 P1=$1,000,001 - $5,000,000 P4=More than $50,000,000 | M=$100,001 - $250,000 P2=$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| GEORGE H. KING | May 14, 2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES O⋯T TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544